# UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

**IN RE: WEBVENTION LLC ('294) PATENT
LITIGATION**                                      MDL No. 2294

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO−1)

On December 15, 2011, the Panel transferred 5 civil action(s) to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable Catherine C Blake.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Maryland and assigned to Judge Blake.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Maryland for the reasons stated in the order of December 15, 2011, and, with the consent of that court, assigned to the Honorable Catherine C Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 28, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: WEBVENTION LLC ('294) PATENT
LITIGATION                                                          MDL No. 2294

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|------|------|---------|--------------|
| DELAWARE | | | |
| DE | 1 | 11−00748 | Del Monte Fresh Produce Company v. Webvention Holdings LLC et al |
| TEXAS EASTERN | | | |
| TXE | 2 | 11−00383 | Webvention LLC v. Campbell Soup Company et al |
| TXE | 2 | 11−00480 | Webvention LLC v. Beazer Homes USA, Inc. et al |
| TXE | 2 | 11−00482 | Webvention LLC v. DirecTV, Inc. |
| TXE | 2 | 11−00483 | Webvention LLC v. Entertainment Earth, Inc. |
| TXE | 2 | 11−00484 | Webvention LLC v. Ernst &Young LLP |
| TXE | 2 | 11−00486 | Webvention LLC v. Giorgio Armani Corporation |
| TXE | 2 | 11−00487 | Webvention LLC v. Landstar System, Inc. et al |
| TXE | 2 | 11−00488 | Webvention LLC v. Source Interlink Companies, Inc. et al |
| TXE | 2 | 11−00489 | Webvention LLC v. Sur La Table, Inc. |
| TXE | 2 | 11−00490 | Webvention LLC v. Time Warner Inc. |
| TXE | 2 | 11−00491 | Webvention LLC v. Universal Forest Products, Inc. |
| TXE | 2 | 11−00492 | Webvention LLC v. Vitacost.com, Inc. |
| TXE | 2 | 11−00493 | Webvention LLC v. Acer America Corporation et al |
| TXE | 2 | 11−00494 | Webvention LLC v. GNC Holdings, Inc. et al |